FILED
JAN 1 2 2017
CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COSME AGUILAR-GARCIA (1),<br><br>Defendant. | CRIMINAL CASE NO. 16CR2828-W-1<br><br>ORDER APPROVING THE CONTINUANCE OF THE STATUS HEARING CURRENTLY SET FOR JANUARY 17, 2017 AT 9:00 A.M. AND RESETTING THE STATUS HEARING FOR FEBRUARY 13, 2017 AT 9:00 A.M. |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing currently set for January 17, 2016 at 9:00 a.m. in this Court is continued and reset for FEBRUARY 13, 2017 at 9:00 a.m. in this Court.

Dated: _____1/12_____, 2017

Hon. THOMAS J. WHELAN
United States District Judge

ORDER APPROVING CONTINUANCE OF STATUS HEARING

16CR2828-W-1